1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

E.S.  a minor. et al.,

                    Plaintiff(s)

            v.

UNITED STATES OF AMERICA

                    Defendant.

CASE NO.CR05-5353RBL

ORDER OF REFERENCE TO
THE UNITED STATES
MAGISTRATE JUDGE

    NOW, on this 1st ay of September, 2006, the Court directs the Clerk to enter the following Minute Order:

IT IS HEREBY ORDERED that the above-captioned matter be **REFERRED** to United States Chief Magistrate Judge J. KELLEY ARNOLD for the purposes of conducting a settlement conference.

    The foregoing Minute Order entered by   s/Jean Boring      , Deputy Clerk, BY DIRECTION OF THE HONORABLE RONALD B. LEIGHTON, UNITED STATES DISTRICT JUDGE.