# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

ETHAN SANDERS et al.,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

**Case No.** C05-5353RBL

Minute Order
Re: Settlement Conference

THIS matter was referred to the J. Kelley Arnold, United States Magistrate Judge, for purposes of a settlement conference. The parties and counsel appeared for settlement discussions on September 19, 2006. The court conferred with counsel telephonically thereafter. As of this date the parties have been unable to reach agreement. The file is accordingly returned to the Honorable Ronald B. Leighton for pre-trial and trial purposes.

Entered by Deputy Clerk, */s/Kelly Miller*, this 27th day of September 2005.

ORDER
Page - 1